# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Lee V. Quillar

              V.                        **JUDGMENT IN A CIVIL CASE**

VM Almager

                                CASE NUMBER:   06cv2286-H(AJB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court dismisses this action without prejudice to Luken filing a petition in this court if he obtains the necessary order from Ninth Circuit Court of Appeals. The Clerk of Court shall attach, for petitioner's convenience, a blank Ninth Circuit Application for Leave to File Second or Successive Petition...................
...................................................................................................................................................

| October 18, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/R. Rhone |
| | (By) Deputy Clerk |
| | ENTERED ON October 18, 2006 |